**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Wayne D. IMBALZANO, Petitioner**

No. 248 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Jay Larry MOYER, Petitioner**

v.

**PUBLIC UTILITY COMMISSION, Respondent**

No. 235 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

**ROSE TREE MEDIA SCHOOL DISTRICT, Respondent**

v.

No. 237 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.